

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00722-CV

**CITY OF LAREDO**,
Appellant

v.

Ashley **MORALES**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-24-126
Honorable Baldemar Garza, Judge Presiding

PER CURIAM

Sitting:     Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice
H. Todd McCray, Justice

Delivered and Filed: February 11, 2026

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

On February 6, 2026, appellant filed an unopposed motion to dismiss this appeal because the parties have settled their dispute. We grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a)(1). We order each party to pay the costs they incurred. *Id.* R. 42.1(d).

PER CURIAM